IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DALE CRAWFORD,** | 2:06-cv-00868-GEB-GGH |
| Petitioner, | **ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **WARDEN CAREY, et al.,** | |
| Respondents. | |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is granted a thirty-day extension of time to, and including, July 19, 2006, within which to file his response to the petition.

DATED: 6/27/06

/s/ Gregory G. Hollows
_____
THE HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

craw868.eot.wpd