1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DALE CRAWFORD,

11          Plaintiff,                    No. CIV S-06-0868 GEB GGH P

12       vs.

13   WARDEN CAREY, et al.,

14          Defendants.            <u>ORDER</u>

15   _____/

16          Petitioner has filed an application to proceed in forma pauperis on appeal.  Good

17   cause appearing, this request is granted.  Fed. R. App. P. 24.

18          Accordingly, IT IS HEREBY ORDERED that petitioner's May 1, 2007,

19   application to proceed in forma pauperis on appeal is granted.

20   DATED:  5/16/07

21                                           /s/ Gregory G. Hollows

22                                           _____
                                             UNITED STATES MAGISTRATE JUDGE

23   craw868.ifp

24

25

26

1